UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:11CV-P53-M

MICHAEL DALE HOWARD                                                                    PETITIONER

v.

COMMONWEALTH OF KENTUCKY
DEPARTMENT OF CORRECTIONS                                 RESPONDENT

**MEMORANDUM OPINION**

The petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DN 1). He also filed an application to proceed without prepayment of fees (DN 3). By Order entered May 26, 2011, the Court denied the motion because a review of the application revealed that petitioner had the ability to pay the $5.00 filing fee (DN 5). The petitioner was given 30 days to pay the $5.00 filing fee. He was warned that failure to do so would result in dismissal of this action.

Well over 30 days have passed since entry of the Court's Order. The petitioner has neither paid the fee nor shown good cause for his failure to do so. Accordingly, by separate Order, the Court will dismiss this action without prejudice.

Date:

cc:      Petitioner, *pro se*

4414.008